■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PARMANAND LUTCHMIDAT, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Zelman, J.), rendered November 8, 1985, convicting him of manslaughter in the first degree and criminal possession of a weapon in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Our review of the record indicates that the evidence adduced at the trial was sufficient to disprove the defendant's justification defense beyond a reasonable doubt. The issue of justification came down to a question of credibility which the court obviously resolved in favor of the People (see, People v Resnick, 133 AD2d 237).

Under the circumstances of this case, where the defendant fatally stabbed an 18-year-old man, we find that the court did not abuse its discretion in refusing to adjudicate the defendant a youthful offender (see, People v Belsito, 130 AD2d 583). Furthermore, the sentence imposed was not excessive (see, People v Suitte, 90 AD2d 80, 85-86).

The defendant's remaining contentions, that he was denied a fair trial due to the conduct of the prosecutor and Trial Judge, are either unpreserved for appellate review or without merit. Mangano, J. P., Thompson, Lawrence and Harwood, JJ., concur.